UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:26-cv-03583-SVW-AS | Date: | October 5, 2026 |

| | |
|---|---|
| Title: | Tokensoft, Inc. v. Renzo Labs et al |

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

| | |
|---|---|
| Daniel Tamayo | c/s 10-5-2026 |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Brandon Orewyler | Armen Nercess Nercessian<br>Esther D. Galan |

**Proceedings:** MOTION to Compel Arbitration, NOTICE OF MOTION AND MOTION to Stay Case pending PROCEEDINGS filed by Defendant [14]

Case called. The Court is inclined to Deny. For the reasons stated on the record, the Court takes the matter under submission. Order to be issued.

: 8