# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** CENTRAL DISTRICT OF CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:26-CV-03583-SVW-AS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 04/03/2026

Date of judgment or order you are appealing: 10/05/2026

Docket entry number of judgment or order you are appealing: 25

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

RENZO LABS CORP

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** Melissa Lawton **Date** Nov 4, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Renzo Labs Corp

Name(s) of counsel (if any):

Melissa Lawton
Esther D. Galan
MORGAN, LEWIS & BOCKIUS LLP

Address: 300 South Grand Ave, 22nd Floor, Los Angeles, CA 90071

Telephone number(s): 213.612.7457

Email(s): melissa.lawton@morganlewis.com; esther.galan@morganlewis.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Tokensoft, Inc.

Name(s) of counsel (if any):

Brandon Orewyler
ASTRAEA COUNSEL APC

Address: 9171 Wilshire Blvd. Suite 500 PMB 9062, Beverly Hills, CA 90210

Telephone number(s): 310.910.1390

Email(s): brandon@astraea.law

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Renzo Labs Corp

Name(s) of counsel (if any):

Kit W. Roth
MORGAN, LEWIS & BOCKIUS LLP

Address: 1301 Second Avenue, Suite 3000, Seattle, WA 98101

Telephone number(s): 206.219.5204

Email(s): kit.roth@morganlewis.com

Is counsel registered for Electronic Filing in the 9th Circuit? (●) Yes ( ) No

---

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Renzo Labs Corp

Name(s) of counsel (if any):

Armen Nercessian
MORGAN, LEWIS & BOCKIUS LLP

Address: 600 Montgomery Street, Suite 2300, San Francisco, CA 94111-2725

Telephone number(s): 415.442.1675

Email(s): armen.nercessian@morganlewis.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):